390 A.2d 303

Culbreth v. Philadelphia Electric Company et al. (et al., Appellant).

Ar-

628

gued March 20, 1978. Charles W. Craven, with him John P. Penders, for appellant; William J. Woodward, Jr., with him Gordon W. Gerber, for appellee, Culbreth.

Order affirmed.

HESTER, J., dissented.